UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANETTA KIMBER, JALEESA SYKES, and W.R. BUTLER, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

META PLATFORMS, INC., and LUXOTTICA OF AMERICA, INC.,

Defendant(s).

Case No. 3:26-cv-2243 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lori G. Feldman , an active member in good standing of the bar of New York and Washington , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kathryn (Lee) Boyd , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Cal Bar No. 189496 .

125 Park Avenue, 25th Floor
New York, NY 10017

MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(888) 421-4529

MY TELEPHONE # OF RECORD

(646) 502-9515

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lfeldman@hechtpartners.com

MY EMAIL ADDRESS OF RECORD

lboyd@hechtpartners.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 2389070 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one (1) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _March 23, 2026_                                          _Lori G. Feldman_
                                                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Lori G. Feldman_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _March 24, 2026_

_____
UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                                2